# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139806

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RAVINES, L.L.C., and RAVINES
CONDOMINIUM ASSOCIATION,
      Plaintiffs-Appellees,

v

                                        SC: 139806
                                         COA: 292651
RANDAL BRINK,                                Allegan CC: 02-031277-CH
      Defendant-Appellant,

and

THEODORE BRINK, MAXINE BRINK, and
THEODORE BRINK REVOCABLE TRUST,

      Defendants.
_____/

      On order of the Court, the application for leave to appeal the July 21, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010                                             _____
d0125                                                       Clerk